### L. E. HARGROVE V. STATE.

No. 24204. December 22, 1948.

Hon. M. S. Munson, Judge Presiding.

No attorney of record on appeal for appellant.

*Ernest S. Goens,* State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for theft of cattle, punishment assessed at two years in the penitentiary.

There appears a docket entry showing notice of appeal, but nothing in the record shows that such notice was carried into the minutes of the court as is required under Art. 827 C. C. P.

The appeal is dismissed.